NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOUISVILLE LADDER, INC.,**
*Appellant*

**v.**

**WERNER CO.,**
*Appellee*

---

2021-1114

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00336.

---

## JUDGMENT

---

TERRY LEON WRIGHT, JR., Stites & Harbison, PLLC, Louisville, KY, argued for appellant.  Also represented by JOEL T. BERES.

CHARLES M. MCMAHON, McDermott Will & Emery LLP, Chicago, IL, argued for appellee.  Also represented by THOMAS DAMARIO; MICHAEL S. NADEL, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| | /s/ Peter R. Marksteiner |
| August 31, 2021 | Peter R. Marksteiner |
| Date | Clerk of Court |